UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT E. KING II,

                                                        NO. CIV. S-05-404 LKK/PAN

        Plaintiff,

   v.                                               O R D E R

BIMBO BAKERIES, USA,

        Defendant.
_____/

    On March 1, 2005, the court issued an order which set a Status Conference for May 2, 2005 at 1:00 p.m. in the above-captioned case. Both parties were ordered to file with the court and serve upon all other parties, not later ten (10) days before the conference, a status report. Neither party has done so. It appears, however, that plaintiff has failed to complete service of process on defendant. Accordingly,

    1. Counsel for plaintiff is ordered to SHOW CAUSE, within fifteen (15) days of the effective date of this order, why sanctions should not be imposed for failing to file a status report

1

1  and for failing to complete service of process;
2      2.  Plaintiff is ordered to complete service of process within
3  forty-five (45) days of this order and to serve a copy of this
4  order with service of process;
5      3.  The Status Conference set for May 2, 2005 is
6  CONTINUED to July 25, 2005 at 10:30 a.m.; and
7      4.  The parties are reminded of their obligation to file and
8  serve a status report not later than ten (10) days prior to the
9  conference.
10     IT IS SO ORDERED.
11     DATED:  May 9, 2005.
12                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
13                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2