UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT E. KING, II,

        Plaintiff,

  v.                              NO. CIV. S-05-404 LKK/PAN

BIMBO BAKERIES USA., INC.,

        Defendant.
                                        /

**STATUS (PRETRIAL SCHEDULING) ORDER**

    Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on August 8, 2005. ELLEN DOVE appeared as counsel for plaintiff; MICHAEL CHRISTIAN appeared as counsel for defendant. After hearing, the court makes the following findings and orders:

**FURTHER STATUS CONFERENCE**

    A further Status Conference is now SET for September 19, 2005 at 2:30 p.m. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the

1

1  conference.
2      IT IS SO ORDERED.
3      DATED: August 9, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT