Time:    2:30-3:00 p.m.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Sacramento, California


## CIVIL MINUTES


Before the HONORABLE LAWRENCE K. KARLTON          DATE:   August 8, 2005

CASE NO.   No. Civ. S-05-404 LKK


TITLE      King                    v.          Bimbo Bakeries, Inc.


ATTY(S)    Ellen Dove                          Michael Christian

(x) Present   ( ) Phone                        (x) Present   ( ) Phone

Deputy Clerk: Ana Rivas


## PROCEEDINGS

## STATUS CONFERENCE

(x)     Court Order to follow

(x)     Further Status Conference SET for   9/19/05          at   2:30 p.m.

( )     Pretrial Conference SET for _          at _

( )     ( ) Jury ( ) Court Trial SET for _   at 10:30 a.m.

        Estimated Days of Trial   _____


( )     Other:   _____

        _____

        _____