UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT E. KING II,

          Plaintiff,

   v.

BIMBO BAKERIES, USA,

          Defendant.
_____/

NO. CIV. S-05-404 LKK/PAN

O R D E R

    Robert King ("plaintiff") brings suit against Bimbo Bakeries USA, Inc. ("defendants"), alleging six claims related to his termination of employment. Defendants bring a motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and/or for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). Based on the pleadings, the parties' papers, and oral argument, the court makes the following ORDERS:

    1. Plaintiff's complaint is DISMISSED with leave to amend. Plaintiff shall file his amended complaint within twenty-five (25) days of this order.

1

    2.  Defendants' motion for sanctions pursuant to Fed. R. Civ. P. 11 is DENIED.

    IT IS SO ORDERED.

    DATED: August 16, 2005.

```
                           /s/Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
```