UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT E. KING II,

           Plaintiff,

   v.

BIMBO BAKERIES, USA,

           Defendant.
                                /

NO. CIV. S-05-404 LKK/PAN

O R D E R

    A motion to dismiss filed by defendants is currently scheduled to be heard on the court's October 24, 2005 Law and Motion Calendar. The court is in receipt of the parties' correspondence indicating that plaintiff's counsel is unavailable on October 24, 2005, and that defendants' counsel will be unavailable for the next hearing date of November 7, 2005. Accordingly, the court hereby ORDERS as follows:

    1. The hearing scheduled for October 24, 2004 is CONTINUED to December 12, 2005 at 10:00 a.m. in Courtroom No. 4; and

////

1

1    2.  Plaintiff shall file an opposition or statement of non-
2 opposition no later than November 21, 2005 at 4:00 p.m.
3    IT IS SO ORDERED.
4    DATED:  September 27, 2005.
5
                           /s/Lawrence K. Karlton
6                          LAWRENCE K. KARLTON
                           SENIOR JUDGE
7                          UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2