1  JACKSON LEWIS LLP
   MICHAEL J. CHRISTIAN (SBN 173727)
2  CAROLYN G. BURNETTE (SBN 191294)
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141

5  Attorneys for Defendant
   BIMBO BAKERIES USA, INC.
6
   ELLEN C. DOVE (SBN 64034)
7  Attorney at Law
   5325 Elkhorn Boulevard, Suite 160
8  Sacramento, California 95842
   Telephone: (916) 331-0111
9  Facsimile: (916) 726-8576

10 Attorney for Plaintiff
   ROBERT E. KING, II
11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15 | ROBERT E. KING, II | No. CIV.S-05-0404 LKK PAN |
   |---|---|
16 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
17 | v. | |
18 | BIMBO BAKERIES USA, INC., and Does 1-20, | Complaint Filed:  March 1, 2005<br>Trial Date:  None Set |
19 | Defendants. | |

20     TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

21         Plaintiff ROBERT E. KING, II and defendant BIMBO BAKERIES USA, INC.

22 hereby request that this matter be dismissed with prejudice, in its entirety, with each party to

23 bear their own costs and attorneys' fees. Defendant is forgoing any right that might exist in

24 //

25 //

26 //

27 //

28 //

this case to collect sanctions against Plaintiff or his counsel.

IT IS SO STIPULATED:

Date: December 15, 2005

JACKSON LEWIS LLP

By: _____
MICHAEL J. CHRISTIAN
CAROLYN G. BURNETTE
Attorneys for Defendant

Date: December ___, 2005

_____
ELLEN C. DOVE
Attorney for Plaintiff

**IT IS SO ORDERED:** This matter is dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

Date: 12/10/05

_____
UNITED STATES DISTRICT JUDGE

H:\B\Bimbo Bakeries\King (84193)\Pleadings\Stip re Dismissal.doc

Stipulation and Order for Dismissal

King v. Bimbo Bakeries USA, Inc.
No. CIV S-05-0404 LKK PAN

1 | this case to collect sanctions against Plaintiff or his counsel.

2 | IT IS SO STIPULATED.

3 | Date: December ___, 2005          JACKSON LEWIS LLP

5 | By: _____
6 |     MICHAEL J. CHRISTIAN
        CAROLYN G. BURNETTE
        Attorneys for Defendant

8 | Date: December 19, 2005          *Ellen C. Dove*
9 |                                   ELLEN C. DOVE
                                      Attorney for Plaintiff

12 | IT IS SO ORDERED: This matter is dismissed with prejudice. Each party will bear
13 | their own costs and attorneys' fees.

14 | Date:
15 |                                   UNITED STATES DISTRICT JUDGE

18 | H:\Dove\Pleadings\King\STIPULATION of Dismissal.doc

Stipulation and Order for Dismissal                    King's Timber Harbor USA, Inc.
                                                       No. CIV S 05 0404 LKK PAN